UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
RUSSELL L. LOW, ESQ.  RLL-4745
LOW & LOW, ESQS.
505 Main Street  -   Suite 304
Hackensack, New Jersey    07601
(201) 343-4040
Attorneys for Debtor (s)

Order Filed on October 21, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Jose G. Vasquez

Case No.: 25-21121

Chapter: 13

Judge: JKS

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

DATED: October 21, 2025

Honorable John K. Sherwood
United States Bankruptcy Court

After review of the application of __Russell L. Low for debtor, Jose G. Vasquez__ for a reduction of time for a hearing on __Motion to Impose Stay__ _____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __10/23/25__ at __10:00 a.m.__ in the United States Bankruptcy Court, Courtroom No. __3D__ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: Chapter 13 Trustee, Attorney for Secured Creditor, Secured Creditor and Notice Parties
_____

by ❏ each, ☒ any of the following methods selected by the Court:

❏ fax, ☒ overnight mail, ❏ regular mail, ☒ email, ❏ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: All other creditors
_____

by ❏ each, ☒ any of the following methods selected by the Court:

☒ fax, ☒ overnight mail, ☒ ~~regular mail~~, ☒ email, ❏ hand delivery.

4. Service must be made:

   ☒ on the same day as the date of this order, or

   ❏ within _____ day(s) of the date of this Order.

5. Notice by telephone:

   ☒ must be provided to
   __Impacted Secured Creditors and the Standing Chapter 13 Trustee__

     ☒ on the same day as the date of this Order, or

     ❏ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

> ❑ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or
>
> ☒ may be presented orally at the hearing.

8. ❑ Court appearances are required to prosecute said motion/application and any objections.

> ☒ Parties may request to appear by phone by registering for Court Solutions prior to the return date.

9. ❑ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

> ❑ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*