| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliancer with D.N.J. LBR 9004**<br>Denise Carlon, Esq.<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Nationstar Mortgage | Order Filed on November 3, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>    Jose Gregorio Vasquez aka Jose G. Vasquez<br><br>Debtor. | Case No.: 25-21121 JKS<br><br>Adv. No.:<br><br>Hearing Date: 10/23/2025<br><br>Judge: Sherwood, John K. |

## ORDER IMPOSING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: November 3, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**
Debtor:  Jose Gregorio Vasquez aka Jose G. Vasquez
Case No:  25-21121 JKS
Caption of Order:  ORDER IMPOSING AUTOMATIC STAY
_____

      THIS MATTER, having been brought before the Court by Russell Low, Esq., counsel for Debtor, Jose Gregorio Vasquez, upon a Motion to Impose a Stay on shortened time, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Debtor and Secured Creditor Nationstar Mortgage, Denise Carlon, Esq., appearing, and for good cause having been shown,

      It is **ORDERED, ADJUDGED and DECREED** that the automatic stay of 11 U.S.C. 362 is hereby imposed as to all creditors; and

      It is further **ORDERED, ADJUDGED and DECREED** that a motion to approve the sale of property known as 316-318 John Street, Elizabeth, NJ shall be filed no later than January 31, 2026; and

      It is further **ORDERED, ADJUDGED and DECREED** that Debtor shall make regular monthly payments outside of the plan directly to Nationstar Mortgage beginning November 1, 2025; and

      It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond and that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court.