Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  25−21121−JKS
        Chapter:  13
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jose Gregorio Vasquez
   aka Jose G. Vasquez
   1683 Alberhill Street
   Perris, CA 92571

Social Security No.:
   xxx−xx−9462

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 12, 2026.

Dated: January 12, 2026
JAN: zlh

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                          Case No. 25-21121-JKS
Jose Gregorio Vasquez                                                                                           Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                      Page 1 of 3
Date Rcvd: Jan 12, 2026                           Form ID: plncf13                                 Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jose Gregorio Vasquez, 1683 Alberhill Street, Perris, CA 92571-3766 |
| 520853656 | + | CAPITAL BANK N.A., 2275 RESEARCH BLVD. STE 600, ROCKVILLE, MD 20850-6238 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 12 2026 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 12 2026 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520863049 | + | Email/Text: ecfbnc@aldridgepite.com | Jan 12 2026 20:55:00 | ALDRIDGE PITE, LLP, Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego CA 92108-3808 |
| 520853655 | + | Email/PDF: bncnotices@becket-lee.com | Jan 12 2026 21:06:55 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 520907627 | | Email/PDF: bncnotices@becket-lee.com | Jan 12 2026 21:06:29 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 520853657 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 12 2026 21:06:41 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 520853658 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 12 2026 21:06:29 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850-5298 |
| 520853660 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 12 2026 21:06:33 | CITIBANK/THE HOME DEPOT, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520856402 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 12 2026 21:06:41 | Capital Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 520853662 | | Email/Text: operationsclerk@easypayfinance.com | Jan 12 2026 20:54:00 | EASY PAY/DUVERA COLLECTIONS, ATTN: BANKRUPTCY, PO BOX 2549, CARLSBAD, CA 92018 |
| 520853664 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 12 2026 20:55:00 | JEFFERSON CAPITAL SYSTEMS, LLC, ATTN: BANKRUPTCY, 16 MCLELAND ROAD, SAINT CLOUD, MN 56303 |
| 520853665 | + | Email/Text: bankruptcy@mynefcu.org | Jan 12 2026 20:55:00 | JOVIA FINANCIAL CREDIT UNION, ATTN: BANKRUPTCY, 1000 CORPORATE DRIVE, WESTBURY, NY 11590-6648 |
| 520856423 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 12 2026 21:06:32 | LVNV Funding, LLC, Resurgent Capital Services, |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 12, 2026 | Form ID: plncf13 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | | PO Box 10587, Greenville, SC 29603-0587 |
| 520853667 | | Email/Text: EBN@Mohela.com | Jan 12 2026 20:54:00 | MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 520853669 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jan 12 2026 20:54:00 | MR. COOPER, ATTN: BANKRUPTCY, 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019-4620 |
| 520916694 | | Email/Text: nsm_bk_notices@mrcooper.com | Jan 12 2026 20:54:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 752619741 |
| 520853670 | + | Email/Text: RASEBN@raslg.com | Jan 12 2026 20:54:00 | Ras Citron Law Offices, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 520853671 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 12 2026 21:06:40 | SYNCHRONY BANK/JCPENNEY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520853674 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jan 12 2026 20:55:00 | Westlake Financial Services, PO Box 54807, Los Angeles, CA 90054-0807 |
| 520930912 | ^ | MEBN | Jan 12 2026 20:48:04 | Westlake Services, LLC dba Westlake Financial Serv, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520853675 | | x |
| 520853659 | *+ | CHASE CARD SERVICES, ATTN: BANKRUPTCY, P.O. 15298, WILMINGTON, DE 19850-5298 |
| 520853661 | *+ | CITIBANK/THE HOME DEPOT, CITICORP CR SRVS/CENTRALIZED BANKRUPTCY, PO BOX 790040, ST LOUIS, MO 63179-0040 |
| 520853663 | *P++ | EASYPAY FINANCE, PO BOX 2549, CARLSBAD CA 92018-2549, address filed with court:, EASY PAY/DUVERA COLLECTIONS, ATTN: BANKRUPTCY, PO BOX 2549, CARLSBAD, CA 92018 |
| 520853666 | *+ | JOVIA FINANCIAL CREDIT UNION, ATTN: BANKRUPTCY, 1000 CORPORATE DRIVE, WESTBURY, NY 11590-6648 |
| 520853668 | *P++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243, address filed with court:, MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005 |
| 520853672 | *+ | SYNCHRONY BANK/JCPENNEY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520853673 | *+ | SYNCHRONY BANK/JCPENNEY, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 14, 2026         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2026 at the address(es) listed below:

**Name**                **Email Address**

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 12, 2026 | Form ID: plncf13 | Total Noticed: 22 |

Denise E. Carlon
 on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
 magecf@magtrustee.com

Russell L. Low
 on behalf of Debtor Jose Gregorio Vasquez ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4