| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br>RUSSELL LOW, ESQ. RLL-4745<br>LOW & LOW, LLC<br>Attorneys at Law<br>505 Main Street<br>Hackensack, NJ 07601<br>(201) 343-4040<br>Attorneys for Debtor | Order Filed on January 30, 2026<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Jose Gregorio Vasquez | Case No.:  25-21121<br><br>Chapter:  13<br><br>Judge:  JKS |

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

DATED: January 30, 2026

_____
Honorable John K. Sherwood
United States Bankruptcy Court

After review of the application of <u>Russell L. Low for debtor, Jose Vasquez</u> for a reduction of time for a hearing on <u>Motion to Sell Property 316-318 John Street Elizabeth, NJ 07202</u> under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on <u>February 10, 2026</u> at <u>10:00 a.m.</u> in the United States Bankruptcy Court, via Zoom (see paragraph 9) Courtroom No. <u>3D</u>.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: <u>Attorney for Secured Creditor, Secured Creditor, Chapter 13 Trustee, and Notice Parties</u>

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☒ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: <u>all other creditors.</u>

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☒ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

⊠ must be filed with the Court and served on all parties in interest by electronic or overnight mail __1__ day(s) prior to the scheduled hearing; or

❑ may be presented orally at the hearing.

8.  ⊠ Court appearances are required to prosecute said motion/application and any objections.

❑ Parties may request to appear by phone by contacting Chambers prior to the return date.

9.  ⊠ The hearing will be conducted via Zoom using the Judge's standard Zoom link for remote appearances, which can be found on the Judge's page on the Court's website: https://www.njb.uscourts.gov/

❑ The hearing will be conducted via a specialized Zoom link. See instructions below:

*rev.5/19/2025*