| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>RUSSELL L. LOW, ESQ.-4745<br>LOW & LOW, LLC<br>505 MAIN ST., SUITE 304<br>HACKENSACK, NJ 07601<br>201-343-4040<br>Attorney for Debtor | |
| In re:<br>    Jose G. Vasquez | Case No.:    25-21121<br><br>Chapter:    13<br><br>Adv. No.:<br><br>Hearing Date:    02/10/26 at 10:00 a.m.<br><br>Judge:    JKS |

## CERTIFICATION OF SERVICE

1. I, __Russell L. Low, Esq.__ :

    ☑ represent __the debtor__ in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On __January 30, 2026__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Order Shortening Time, Motion to Sell Property, and all moving documents

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __January 30, 2026__                              __/s/ Russell L. Low__
                                                                                    Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Capital Bank<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| CAPITAL ONE<br>ATTN: BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| CHASE CARD SERVICES<br>ATTN: BANKRUPTCY<br>P.O. 15298<br>WILMINGTON, DE 19850 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| CITIBANK/THE HOME DEPOT<br>CITICORP CR SRVS/CENTRALIZED BANKRUPTCY<br>PO BOX 790040<br>ST LOUIS, MO 63179 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| EASY PAY/DUVERA COLLECTIONS<br>ATTN: BANKRUPTCY<br>PO BOX 2549<br>CARLSBAD, CA 92018 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| JEFFERSON CAPITAL SYSTEMS, LLC<br>ATTN: BANKRUPTCY | Unsecured Creditor | ☐ Hand-delivered |

*rev. 8/1/15*

| Address | Role | Delivery Method |
|---|---|---|
| 16 MCLELAND ROAD<br>SAINT CLOUD, MN 56303 | | ☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| JOVIA FINANCIAL CREDIT UNION<br>ATTN: BANKRUPTCY<br>1000 CORPORATE DRIVE<br>WESTBURY, NY 11590 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| MOHELA<br>ATTN: BANKRUPTCY<br>633 SPIRIT DRIVE<br>CHESTERFIELD, MO 63005 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Nationstar Mortgage LLC<br>Attn: Bankruptcy Dept.<br>PO Box 619096<br>Dallas TX 752619741 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 1910607004 | Attorney for Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| SYNCHRONY BANK/JCPENNEY<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL 32896 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) |

*rev. 8/1/15*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Other _____ (as authorized by the court *) |
| REVCO SOLUTIONS INC.<br>PO Box 58<br>FORT MORGAN 80701 | Unsecured Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court *) |
| Westlake Financial Services<br>PO Box 54807<br>Los Angeles, CA 90054 | Secured Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court *) |
| Honorable John K. Sherwood<br>50 Walnut Street, 3rd Floor<br>Newark, N.J. 07102<br>Courtroom 3D | Judge | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Road, Ste 330<br>Fairfield, NJ 07004-1550 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court *) |
| Office of US Trustee<br>One Newark Center Suite 1401<br>Newark NJ 07102 | US Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court *) |
| Jose G . Vasquez<br>316-318 John Street<br>Elizabeth NJ 07202 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☑ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ (as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order

*rev. 8/1/15*

Shortening Time.

*rev. 8/1/15*