UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ. - 4745
LOW & LOW, LLC
505 MAIN ST., SUITE 304
HACKENSACK, NJ 07601
201-343-4040
Attorney for Debtor

Order Filed on February 6, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Jose Gregorio Vasquez

Case No.: 25-21121

Chapter: 13

Judge: JKS

ORDER AUTHORIZING RETENTION OF

EXP Realty

The relief set forth on the following page is **ORDERED**.

DATED: February 6, 2026

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain __EXP Realty__ as __debtor's realtor__, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:
   EXP Realty
   28 Valley Rd., Suite #1
   Montclair, NJ 07042

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*