**RUSSELL LOW, ESQ. RLL-4745**
LOW & LOW, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

Order Filed on February 10, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | : Chapter 13 |
| Jose Gregorio Vasquez | : Case No. 25-21121 |
| Debtor(s) | : The Honorable John K. Sherwood |
| Hearing Date | : February 10, 2026 at 10:00 a.m. |

---

**ORDER AUTHORIZING
SALE OF REAL PROPERTY**

| |
|---|
| **Recommended Local Form:** ☑ **Followed**   ☐ **Modified** |

The relief set forth on the following pages number two (2) to page two (2) is hereby

**ORDERED**.

**DATED: February 10, 2026**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as: **316-318 John Street Elizabeth, NJ 07202**

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. § § 363 (b) and 1303 to the purchasers, 316 John LLC.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction, the real property is not free and clear of liens.

3. The below professionals shall be paid from the sale proceeds:

| Name of Professional | Amount to be Paid |
| --- | --- |
| EXP Realty | 5% commission |
| The Sokol Firm, Attorneys at Law | $2,000.00 flat fee |
| Russell L. Low, Esq. | $2,500.00 flat fee upon court approval |

Services Rendered: Realtor, Real Estate Attorney, and Chapter 13 Attorney

4. Nationstar Mortgage, LLC shall be paid in full according to the mortgage payoff good through the closing date.

5. Other closing fees payable by the Debtor, including realtor commission payouts, may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

6. The balance to complete the unsecured claims at 100% will be paid to the Chapter 13 Trustee, Marie-Ann Greenberg.

7. The remaining net proceeds after above-mentioned parties are paid shall be paid to the debtor,

Jose Gregorio Vasquez.

8. The sale of the property must take place within 30 days after the entry of this Order.

9. A copy of the closing disclosure must be forwarded to the Chapter 13 Trustee 7 days after

closing.

10. The 14 day stay under Bankruptcy Rule 6004(h) is hereby waived.

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 25-21121-JKS

Jose Gregorio Vasquez                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                              Page 1 of 1

Date Rcvd: Feb 10, 2026                       Form ID: pdf903                          Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2026:**

**Recip ID     Recipient Name and Address**

db     + Jose Gregorio Vasquez, 1683 Alberhill Street, Perris, CA 92571-3766

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 10, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Russell L. Low | on behalf of Debtor Jose Gregorio Vasquez ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4