**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC.**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorney for Debtor**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Jose Gregorio Vasquez | : | CASE NO. 25-21121 |
| Debtor | : | HONORABLE JOHN K. SHERWOOD |

**ATTORNEY'S RESPONSE TO TRUSTEE'S CERTIFICATION OF DEFAULT**

I, Russell L. Low, hereby certify the following:

1.  I represent the debtor, Jose Gregorio Vasquez  in his Chapter 13 bankruptcy.

2.  As of 03/25/26, as per the debtor, the buyer's lender is wrapping everything up to get a closing date.

3.  The balance to complete the Chapter 13 claims will be paid off from the sale proceeds at the closing.

4.  Therefore, on behalf of the debtor, I am respectfully requesting the opportunity to resolve the trustee's certification of default.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge.

Date:   <u>March 30, 2026</u>                                          <u>/s/ Russell L. Low</u>
                                                                                    **Russell L. Low**
                                                                                    Attorney for Debtor